DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | CASE NO.  1:06CR00594-031 |
| Plaintiff(s),  ) | |
| ) | |
| v.  ) | O R D E R |
| ) | |
| Michael Wilkerson  ) | |
| ) | |
| Defendant(s).  ) | |
| ) | |

A hearing was conducted on April 16, 2013, regarding a petition filed by the U.S. Probation Office regarding violations  of the defendant of the terms and conditions of supervised release.  The defendant Michael L. White and his counsel, Darin Thompson appeared.  A report and recommendation was filed on December 21, 2012, (see docket # 1524). The Court adopts the report and recommendation of Magistrate Judge Nancy Vecchiarelli and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant pay a fine in the amount of $100.00 to be paid to the Clerk of Court by April 23, 2013. Defendant's supervised release is to continue as previously imposed.

| | |
|---|---|
| April 16, 2013 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |